ELIZABETH McKENZIE, Individually and as Guardian ad Litem of JAMES McKENZIE, an Infant, Appellant, v. STEEPLECHASE AMUSEMENT CO., INC., Respondent.— Action to recover damages for personal injuries suffered by a six-year-old infant as a consequence of his slipping and falling upon a flight of ·stairs in a bathing establishment operated by the defendant. Companion action by the infant's mother for expenses and loss of services. The complaint was dismissed at the close of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

FRANK MILLER LUMBER Co., Appellant, v. WILLIAM J. HATFIELD, Doing Business as HATFIELD BROS., Respondent.— Action to recover for goods sold and delivered. Plaintiff appeals from an order denying its motion for summary judgment and granting defendant's cross motion for a stay of proceedings pending determination of an appeal from an order and pending prior determination of defendant's counterclaims in arbitration proceedings. Order of the Westchester County Court modified on the facts by striking out the second and third ordering paragraphs and by providing, in lieu thereof, that the cross motion of defendant for a stay be denied. As so modified, the order is affirmed, without costs. Although the precise amount of the indebtedness of defendant to plaintiff for goods sold and delivered remains for trial, we are of opinion that plaintiff should not be stayed from proceeding to trial and procuring a judgment for the reason that defendant asserts unrelated claims· against plaintiff which remain to be arbitrated. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

LOUIS POKROSS et al., Respondents, v. KARL KAUFMAN et al., Appellants.— Appeal by defendants from an order denying their motion under rules 102, 103 and 106 of the Rules of Civil Practice to dismiss the complaint or to strike out portions thereof. Order reversed on the law, with $10 costs and disbursements, and the motion to dismiss the complaint granted, with $10 costs, with leave to plaintiffs to serve an amended complaint within twenty days from the date of the order to be entered hereon. The amended complaint should contain a plain and concise statement of the material facts, without statements of evidence or legal conclusions, separately stating and numbering the causes of action alleged. The complaint as pleaded contains much useless verbiage and does not set forth any cause of action. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BAILEY, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 974 of the Penal Law (unlawful possession of policy slips). Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.